IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE ALESIA WALLACE, | Bankruptcy Case Number |
| Debtor, | 20-80018-CRJ-13 |
| ALESIA WALLACE, | |
| Plaintiff, | |
| | Adversary Proceeding No. |
| v. | 20-80055-CRJ |
| JORA CREDIT HOLDINGS, LLC | |
| Defendant. | |

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, Alesia Wallace, by and through her attorney of record, and requests this Clerk of Court to enter a default judgment against the Defendant, Jora Credit Holdings, LLC, on the basis that the record in this case demonstrated that there has been a failure to plead or otherwise defend as provided by Rule 7055(b)(2) of the Federal Rules of Bankruptcy Procedure.

/s/ John C. Larsen_____
John C. Larsen
Attorney for the debtor/plaintiff,
Alesia Wallace

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008
john@jlarsenlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the parties listed below electronically, or by depositing copies in the United States Mail, properly addressed and postage prepaid, on this the 13th day of August, 2020.

Jora Credit Holdings, LLC
7701 Las Colinas Rdg., Ste. 650
Irving, TX 75063

Jora Credit Holdings, LLC
Registered Agent: Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701

Jora Credit Holdings, LLC
Registered Agent: Corporation Service Company Inc
641 South Lawrence Street
Montgomery, AL 36104

Jora Credit Holdings, LLC
Registered Agent: Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

/s/ John C. Larsen