IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE ALESIA WALLACE,

 Debtor,

Bankruptcy Case Number
20-80018-CRJ-13

ALESIA WALLACE,

 Plaintiff,

v.

Adversary Proceeding No.
20-80055-CRJ

JORA CREDIT HOLDINGS, LLC

 Defendant.

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, John C. Larsen, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am the Attorney for the Plaintiff in this Adversary Proceeding.
2. An Adversary Proceeding was filed on April 15, 2020 with the Service of Process on May 8, 2020.
3. More than thirty (30) days have elapsed since the Defendant, Jora Credit Holdings, LLC, in this action was served, and the Defendant has failed to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

              /s/ John C. Larsen
              John C. Larsen
              Attorney for the debtor/plaintiff
              Alesia Wallace

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008
john@jlarsenlaw.com

Sworn to and subscribed before me this the /3 day of August, 2020.

_____
Notary Public
My Commission Expires: 6/10/24

LORI WILKINS
Notary Public
Alabama State at Large

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the parties listed below electronically, or by depositing copies in the United States Mail, properly addressed and postage prepaid, on this the 13th day of August, 2020.

Jora Credit Holdings, LLC
7701 Las Colinas Rdg., Ste. 650
Irving, TX 75063

Jora Credit Holdings, LLC
Registered Agent: Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701

Jora Credit Holdings, LLC
Registered Agent: Corporation Service Company Inc
641 South Lawrence Street
Montgomery, AL 36104

Jora Credit Holdings, LLC
Registered Agent: Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

/s/ John C. Larsen