**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

IN RE ALESIA WALLACE,

            Bankruptcy Case Number

  Debtor,          20-80018-CRJ-13

ALESIA WALLACE,

  Plaintiff,

              Adversary Proceeding No.

v.             20-80055-CRJ

JORA CREDIT HOLDINGS, LLC

  Defendant.

### ORDER AWARDING ACTUAL DAMAGES PURSUANT TO 11 U.S.C. § 362(K)

  The above-styled Adversary Proceeding came before the Court on August 24, 2020 for Status Conference. Appearances were made by John Larsen, Esq., counsel for the Plaintiff, and Tazewell Shepard Esq., counsel for the Defendant.

  The Court considered the pleadings filed, and the arguments of counsel, and for the reasons stated on the record, determined that reasonable and necessary attorney's fees should be awarded to the Plaintiff in the amount of $1,750.00 as actual damages pursuant to 11 U.S.C. § 362(k).

  It is therefore **ORDERED, ADJUDGED AND DECREED** that Plaintiffs' counsel is hereby awarded attorney's fees in the total amount of $1,750.00 against the Defendant pursuant to 11 U.S.C. § 362(k) which shall be paid by the Defendant within thirty (30) days from the date of this Order.

  Pursuant to Rule 54 of the *Federal Rules of Civil Procedure* and 7054 of the *Federal Rules of Bankruptcy Procedure*, this Order constitutes a final determination of liability, with all costs taxed as paid.

  It is further **ORDERED** that the Clerk's office is hereby directed to close the Adversary Proceeding after time for payment has expired with no additional pleadings having been filed.

Dated this the 18th day of September, 2020.

         /s/ Clifton R. Jessup, Jr.
         Clifton R. Jessup, Jr.
         United States Bankruptcy Judge

**ORDER PREPARED BY:**
John C. Larsen
Attorney for Plaintiff

**CONSENTED TO BY:**
Tazewell Shepard
Attorney for Defendant

Michele T. Hatcher
Chapter 13 Trustee

Richard Blythe
Bankruptcy Administrator